# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L., a minor, by and through his Guardian ad Litem Lolita Brown, BARBARA JARRETT, an individual,<br><br>*Plaintiff*<br><br>vs.<br><br>THE CITY OF LOS ANGELES, a political subdivision of the State of California; OFFICER SAINZ, OFFICER ROTHEMICH, and DOES 1 through X, inclusive<br><br>*Defendants*. | Case Number: CV11-10634PLA<br>Honorable Paul L. Abrams<br>Complaint Filed: 12/28/11<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE:**

Based upon the foregoing request of Plaintiffs and Defendants, this Action **D.L., a minor, by and through his Guardian ad Litem Lolita Brown, Barbara Jarrett, an individual**; *United States District Court Case No. CV11-10634PLA* ), is hereby

///

///

1 | **DISMISSED in its entirety WITH PREJUDICE**, as to **ALL CAUSES OF ACTIONS**
2 | **AGAINST ALL DEFENDANTS**.

4 | **DATED:   October 11, 2013**

*Paul L. Abrams*
_____
**HONORABLE PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**